No. 900. GOODIN *v.* CLINCHFIELD RAILROAD CO. ET AL. C. A. 6th Cir. Certiorari denied. *John D. Goodin* for petitioner. *Herbert S. Thatcher* for the Blue Ridge Lodge No. 816, Brotherhood of Railroad Trainmen, et al., respondents. 

No. 914. BARNETT *v.* TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS. C. A. 8th Cir. Certiorari denied. *Raymond Forder Buckley* for petitioner. *Richard Wayne Ely* and *John L. Davidson, Jr.* for respondent. 

No. 795. PURSSELLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Quintin Whelan* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States. 

No. 851. HADZIMA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Harold P. Lasher* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States. 

No. 854. LOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Frank W. Oliver* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. 

No. 380, Misc. UCKELE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.